AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| David Gardner, <br> *Plaintiff,* <br> v. <br> BMW Manufacturing Co. LLC; Management Analysis & Utilization, Inc., d/b/a MAU Workforce Solutions, Inc.; Tier One Solutions, Inc., <br> *Defendants,* | ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 7:16-cv-03458-MGL |
|---|---|---|

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, David Gardner, shall take nothing of the defendants, BMW Manufacturing Co. LLC, Management Analysis & Utilization, Inc., and Tier One Solutions, Inc., as to the complaint filed pursuant to 42 U.S.C. §12117 and this action is dismissed with prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Jacquelyn D. Austin, United States Magistrate Judge, recommended dismissal of the complaint with prejudice.

Date: June 30, 2017

*ROBIN L. BLUME, CLERK OF COURT*

s/A. Buckingham

*Signature of Clerk or Deputy Clerk*